IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CITI INVESTMENTS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 2:13-cv-15186-RHC-MJH |
| ) | |
| UNITED STATES OF AMERICA, ) | Hon. Robert H. Cleland |
| ) | |
| ) | |
| Defendant. ) | |

ORDER

This matter having come before the court on the United States' Request for Enlargement of Time to Serve Response to Complaint, and the court, having reviewed the file and being otherwise fully advised in the premises, it is hereby

ORDERED that the United States' request is GRANTED, as follows:

The deadline for the United States to serve a response to the plaintiff's Complaint is extended to and including January 27, 2014.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  December 30, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 30, 2013, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522